JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

RICARDO LOPEZ,
     Plaintiff,

     v.

FRANK BISIGNANO,
Commissioner of Social Security
     Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No.  5:25-cv-02652-MAA

[~~PROPOSED~~]
**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

     **IT IS SO ORDERED.**

Dated: April 17, 2026

_____
THE HONORABLE MARIA A. AUDERO
U.S. MAGISTRATE JUDGE

-1-